Eugene Egan (State Bar No. 130108)
   *eje@manningllp.com*
Anthony Werbin (State Bar No. 285684)
   *aww@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA BALTAZAR,<br><br>  Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION, et al.<br><br>  Defendant(s). | Case No. 2:18-cv-3880 MWF (GJSx)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

///
///
///
///
///
///
///

1  The Stipulation of Defendant COSTCO WHOLESALE

2  CORPORATION and Plaintiff MARIA BALTAZAR for Remand to the Los Angeles

3  County Superior Court has been fully considered by the Court and IT IS HEREBY

4  ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.

5  This matter is hereby remanded to the Los Angeles County Superior Court pursuant

6  to the terms of the Stipulation as Case No. BC692436.

7

8

9

10  Dated: May 14, 2018                    UNITED STATES DISTRICT JUDGE

**ORDER GRANTING REMAND**